Writ refused. The ruling complained of is correct.

229 So.2d 737

**MARYLAND NATIONAL INSURANCE COMPANY**

**v.**

**Honorable Jim GARRISON, District Attorney in and for the Parish of Orleans.**

No. 50281.

Jan. 16, 1970.

In re: Maryland National Insurance Company applying for writs of certiorari, prohibition and mandamus.

Writ refused. While these proceedings are recognized as civil in nature, under the return of the trial court the oral representations made for the deposition, the exercise of our supervisory jurisdiction is not warranted.

HAMITER, J., concurs in the result.

229 So.2d 737

**STATE of Louisiana, ex rel. Robert P. DOMINGUEZ**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 50313.

Jan. 16, 1970.

In re: Robert P. Dominguez applying for writ of habeas corpus.

The application is denied. The ruling complained of is correct. Compare Haliday v. United States, 394 U.S. 831, 89 S.Ct. 1498, 23 L.Ed.2d 16.